# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

137631

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

NAVARRE LANDO BIBBS,
    Defendant-Appellant.

SC: 137631
COA: 286036
Berrien CC: 2002-411372-FC

_____/

    On order of the Court, the application for leave to appeal the September 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

s0615